Argued and submitted February 1, reversed and remanded March 6, 1991

STATE OF OREGON,
*Respondent,*

*v.*

JUAN GERARDO GUERRA,
*Appellant.*

(T110639; CA A65339)

806 P2d 1180

Michael Curtis, Hillsboro, argued the cause and filed the brief for appellant.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *State v. Wold,* 105 Or App 158, 803 P2d 782 (1991).